IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VALERIE S. JENKINS

      Plaintiff,

vs.                                  CASE NO.: 1:06cv223-SPM/AK

NORTH FLORIDA REGIONAL
MEDICAL CENTER, INC.,

      Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Settlement (doc. 21) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 20th day of March, 2007.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge